UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH OLIVER OWENS, #0290606,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA VENZON, Police Officer,<br><br>Defendant(s). | Case No. 23-cv-04592-CRB (PR)<br><br>**ORDER OF DISMISSAL** |

On November 15, 2023, the court denied plaintiff's application to proceed in forma pauperis (IFP) in connection with this pro se prisoner action for damages under 42 U.S.C. § 1983 alleging that Menlo Park Police Officer Joshua Venzon used excessive force against plaintiff because plaintiff: (1) has had three or more prior prisoner actions dismissed by a federal court on the grounds that they are frivolous, malicious or fail to state a claim upon which relief may be granted, and (2) is not seeking relief from a danger of serious physical injury which was imminent at the time of filing. Nov. 15, 2023 Order (ECF No. 6) at 1-2 (applying 28 U.S.C. § 1915(g)). Under the law of the circuit, the court afforded plaintiff 28 days to show cause why § 1915(g) does not bar IFP status for him or pay the requisite $ 402.00 filing fee. The court made clear that failure to show cause or pay the requisite $ 402.00 filing fee within the designated time would result in dismissal of this action without prejudice to brining it in a new paid complaint. Id. at 2.

More than 28 days have passed since the court's November 15, 2023 order and plaintiff has not shown cause why § 1915(g) does not bar IFP status for him, paid the requisite filing fee or sought an extension of time to do so. The only communication the court has received from plaintiff is a request that the clerk return to him a USB thumb drive plaintiff submitted which purportedly shows Officer Venzon using excessive force against him. See ECF Nos. 7, 8 & 9.

For the foregoing reasons, the instant action is DISMISSED without prejudice to bringing in a new paid complaint. And good cause appearing therefor, the clerk is instructed to return to plaintiff the USB thumb drive he submitted with the November 9, 2023 letter filed as ECF item number 5. See ECF No. 5 and annotations.

The clerk also is instructed to close this case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: December 19, 2023

_____
CHARLES R. BREYER
United States District Judge